# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

MARVIN GUREWITZ,

    Plaintiff,

      vs.

M.D.C. HOLDINGS, INC.,
LARRY A. MIZEL,
DAVID D. MANDARICH,
RAYMOND T. BAKER,
MICHAEL A. BERMAN,
DAVID E. BLACKFORD,
HERBERT T. BUCHWALD,
RAFAY FAROOQUI,
COURTNEY L. MIZEL,
PARIS G. REECE III,
DAVID SIEGEL,
JANICE SINDEN,

    Defendants.

Case No.:  1:24-cv-00581-SBP

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Marvin Gurewitz ("Plaintiff") voluntarily dismisses their claims in the above captioned action without prejudice.  This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment.  Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: April 23, 2024

**BRODSKY & SMITH**

By:  */s/ Marc Ackerman*
           Marc L. Ackerman
           Two Bala Plaza, Suite 805
           333 East City Avenue
           Bala Cynwyd, PA 19004
           Phone: (610) 667-6200
           Fax:    (610) 667-9029
           Email: mackerman@brodskysmith.com

*Counsel for Plaintiff*